658 A.2d 1339

BORINGS, SOIL & TESTING COMPANY and U.S.F.
& G. Insurance Company, Appellants,

v.

WORKMEN'S COMPENSATION APPEAL
BOARD (Bruce L. BENDER).

Supreme Court of Pennsylvania.

Argued April 26, 1995.

Decided May 19, 1995.

Patrick T. Cusick, Lancaster, for BST & Co.

Terry S. Hyman, Harrisburg, for Bender.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE, J., and MONTEMURO, J., who is sitting by designation, dissent.